UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 13-4343    Caption: United States v. Peter Blake

Appellee

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed Response Brief

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed by district court/agency
   ☐ Yes, to protect material sealed by statute, rule, or privacy policy for electronic files

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   The United States District Court for the District of Maryland requires that Presentence Reports and supporing documents, as well as Sealed Supplements to plea agreements, be kept under seal.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   Confidential and personal materials are filed under seal

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☑ Yes

| 01/13/14 | /s/ Peter M. Nothstein, AUSA |
|---|---|
| (date) | (signature) |

07/02/2012
SCC