FILED: February 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4343
(1:12-cr-00092-WDQ-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PETER BLAKE, a/k/a Senator

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to strike the opening brief filed by appellant on November 21, 2013, the court grants the motion and strikes the brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk